THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH S. FAY and JAMES BOVE, Appellants.

Argued June 12, 1946; decided July 23, 1946.

*Harold R. Medina, Thomas R. Fay, Robert J. Fitzsimmons* and *I. Maurice Wormser* for Joseph S. Fay, appellant.

*Moses Polakoff* and *Samuel Mezansky* for James Bove, appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Joseph A. Sarafite, Milton H. Spiero* and *Sylvia Jaffin Singer* of counsel), for respondent.

Judgment affirmed. Upon this appeal there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: the defendants argued that the

decision of the Trial Court in granting the motion of the People for a special jury and in overruling the challenge of defendants to the special jury panel constituted a denial of due process and a violation of their rights under the Fourteenth Amendment of the Constitution of the United States. This Court held that the granting of the motion of the People for a special jury and the overruling of the challenge of the defendants to the special jury panel was not a denial of due process or a violation of defendants' rights under the Fourteenth Amendment to the Constitution of the United States. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE and FULD, JJ.